UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cr-76-MOC-WCM-1

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **JOE LINDSEY TAYLOR,** ) | |
| a/k/a Yousef Hakim Bey, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on a Pro Se Motion Order to Clerk to Perform Specific Duties, filed by defendant Joe Lindsey Taylor, who refers to himself as Yousef Hakim Bey. (#17).

The Court will deny the motion as non-justiciable, as Defendant does not make clear what relief he seeks from the Court. The Court notes that, to the extent that Defendant filed the motion to require the Clerk of this Court to allow him to file certain documents on the record, he has done so. These attached exhibits appear to be the typical documents filed by criminal defendants who claim to be Moorish, and they also claim not to be subject to the jurisdiction of the state or federal courts. The Court observes that "Moorish identity" claims have never been successful as a means for a criminal defendant to avoid prosecution in the state or federal courts. See Gayles El v. State of N. Carolina Inc., No. 1:20-cv-00125-MR, 2020 WL 6050575, at *2 (W.D.N.C. Oct. 13, 2020) ("Any claim, therefore, that Plaintiff is "not subject to the laws of North Carolina because of [his] alleged Moorish nationality" must be considered frivolous.").

**ORDER**

-1-

**IT IS, THEREFORE, ORDERED** that defendant's Motion Order to Clerk to Perform Specific Duties, (#17) is **DENIED** as non-justiciable.

Signed: November 30, 2020

Max O. Cogburn Jr
United States District Judge