UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cr-76-MOC-WCM-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JOE LINDSEY TAYLOR, III,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motion for Access to JERS Exhibits. (Doc. No. 67).

Defendant's motion is **GRANTED**. The Clerk is respectfully instructed to provide Defendant's undersigned counsel and the Federal Public Defender's office with either access to, or copies of, Defense Exhibits 1 through 6 recorded at Doc. No. 42.

**IT IS SO ORDERED**.

Signed: September 5, 2022

Max O. Cogburn Jr
United States District Judge