UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-CR-76-MOC-WCM-1

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **JOE LINDSEY TAYLOR, III**, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court on Defendant's motion to reduce sentence pursuant to USSC Amendment 821. (Doc. No. 70).

### ORDER

**IT IS, THEREFORE, ORDERED** that the Government **SHALL RESPOND** to Defendant's motion within 30 days of the entry of this order.

Max O. Cogburn Jr
United States District Judge

1